UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                    Case No.: 8:24-cr-316-SDM-AEP

EMMANUEL MEDINA FELIX
_____/

# Exhibit A

Dear Judge:

I present myself before you with the greatest respect that you deserve for being an authority and the person you are. I am Rafaela Matos Feliz, Emmanuel Medina Feliz's sister. Through this letter, I am sharing with you a little about my dear brother who I cherish and love with my heart. I consider Emmanuel to be a great man and human being because as far back as I can remember, he has been concerned for everyone around him, not just his relatives or acquaintances. He has always like to share with everyone. He is well-liked by everyone in the community. He is humble and everyone likes him. He has a baby girl who is just eight months old and who truly needs her father. And there is my mother who has not been with her son. There are five children in our family: four have the same father. He is my half-brother, but I love him as if he were my father's child.

If you can, I ask you to help him and to give him an opportunity. As human beings, we make mistakes. Here, my mother, siblings and I are desperate as we are in a situation that is a little hard. We are on the verge of being left without a home, though we are united during this difficult time. Thank you for hearing my words.

Sincerely,

Rafaela Mato [sic] Feliz

Translator: Maria Lando, FCCI
Date:	March 19, 2025

Estimado y querido Juez me presento ante usted con su mayor respeto que usted se merece por ser la autoridad y por su personalidad que usted es soy Rafaela matos Feliz hermana de emmanuel medina Feliz por este crito le comparto un poco de mi querido hermano a quien quiero y amo con mi corazón

Considero que emmanuel es un gran nombre y un gran ser humano ya que desde recuerdo se a preocupado por todas las personas que estan a su alrededor y no solo por su familiares o por sus conocido siempre le ha gusta compartir un poco de lo que el siempre comparte con todos es un muchacho querido por todos en la comunidad umilde todo el mundo lo quiere tiene una bebe de tan solo 8 meses de nacida niña que en verdad nesesita su padre mi madre que despues de no estar con su nido nosotro sos 5 hermano 4 somos de padre el es mi medio hermano pero lo quiero como si fuera nido de mi padre yo le pido si usted puede ayudelo y dele otra oportunidad que nosotro como seres humano cometemos errores aki mi madre y mis hermano nos encontramo desesperado al tener un poco una situacion dura estamo a punto de quedarnos sin honga oonque nos vino un momento dificil gracias por escuchar mis palabra.

ATT Rafaela mato Feliz

les deseo feliz recto